**DISMISS; and Opinion Filed July 9, 2013.**



In The
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-12-01545-CV**

**GERALD ALEXANDER AND ALL OTHER OCCUPANTS OF
2713 CARMEL DR., CARROLLTON, TX 75006, Appellant**
**V.**
**WELLS FARGO BANK, NA SUCCESSOR BY MERGER TO
WELLS FARGO BANK SOUTHWEST, NA F/K/A WACHOVIA
MORTGAGE FSB F/K/A WORLD SAVINGS BANK, FSB, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-06478-E**

**MEMORANDUM OPINION**
Before Justices O'Neill, Francis, and Fillmore
Opinion Per Curiam

The Court has before it appellee's June 14, 2013 second motion to dismiss for failure to prosecute. On April 17, 2013, this Court ordered appellant to file his brief within ten days and informed him that his appeal could be dismissed without further notice if he did not do so. To date, appellant has not filed the brief or otherwise communicated with the Court regarding this appeal.

Accordingly, we **GRANT** appellee's motion and **DISMISS** this appeal. *See* TEX. R. APP. P. 38.8(a)(1).

PER CURIAM

121545F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

GERALD ALEXANDER AND ALL
OTHER OCCUPANTS OF 2713 CARMEL
DR, CARROLLTON, TX 75006, Appellant

No. 05-12-01545-CV          V.

WELLS FARGO BANK, NA SUCCESSOR
BY MERGER TO WELLS FARGO BANK
SOUTHWEST, NA F/K/A WACHOVIA
MORTGAGE FSB F/K/A WORLD
SAVINGS BANK, FSB, Appellee

On Appeal from the County Court at Law
No. 5, Dallas County, Texas
Trial Court Cause No. CC-12-06478-E.
Opinion delivered per curiam. Justices
O'Neill, Francis and Fillmore sitting for the
Court.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee WELLS FARGO BANK, NA SUCCESSOR BY MERGER TO WELLS FARGO BANK SOUTHWEST, NA F/K/A WACHOVIA MORTGAGE FSB F/K/A WORLD SAVINGS BANK, FSB recover its costs of this appeal from appellant GERALD ALEXANDER AND ALL OTHER OCCUPANTS OF 2713 CARMEL DR, CARROLLTON, TX 75006.

Judgment entered this 9th day of July, 2013.

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE